IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES GEORGE STAMOS, JR.,**<br><br>Petitioner,<br><br>v.<br><br>**RANDY GROUNDS,**<br><br>Respondent. | 1:15-cv-01838 DAD MJS HC<br><br>**ORDER DENYING MOTION TO STAY PETITION**<br><br>(Doc. 18.) |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed the present petition on October 13, 2015. (ECF No. 1.) Concurrent with this order, the Court will issue an order directing the Respondent to file a response to the petition within sixty (60) days of the order being issued.

Petitioner has filed a request to stay the petition. (ECF No. 18.) Petitioner explains that he is scheduled to have surgery in San Diego, and requests that the matter be stayed due to his imminent prison transfers and need to properly recover from surgery.

The motion is denied without prejudice. At the present time, Petitioner need not take any action while Respondent prepares and files his response. Respondent has two months to respond, and may request even additional time to do so.

Once a response is filed, Petitioner will be invited to file a traverse or opposition. He may then request extensions of time from the Court if and as necessary provided he provide good cause for needing the additional time. Prison transfers and interference of of genuine medical needs may constitute good cause.

IT IS SO ORDERED.

Dated:   January 13, 2016          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE