IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JAMES GEORGE STAMOS, Jr.,**<br><br>                                    Petitioner,<br><br>v.<br><br>**RANDY GROUNDS,**<br><br>                                    Respondent. | 1:15-cv-01838 DAD MJS<br><br>**ORDER GRANTING RESPONDENT'S FIRST REQUEST FOR AN EXTENSION OF TIME**<br><br>Honorable Michael J. Seng |

Respondent's first request for an extension of time to file a response to the petition was considered by the Court. Good cause appearing, it is hereby ordered that Respondent's request is granted. Respondent shall file a response on or before April 16, 2016.

IT IS SO ORDERED.

Dated:   March 14, 2016                    /s/ *Michael J. Seng*
                                                         UNITED STATES MAGISTRATE JUDGE