1

2

3

4

5

6

7

8

9

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

**JAMES GEORGE STAMOS, JR.,**

Petitioner,

v.

**RANDY GROUNDS,**

Respondent.

1:15-cv-01838 DAD MJS HC

**ORDER RESPONDING TO PETITIONER'S NOTICE TO THE COURT THAT HE HAS YET TO RECEIVE A RESPONSIVE PLEADING FROM RESPONDENT**

(Doc. 32.)

17

18      Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas

19  Corpus pursuant to 28 U.S.C. § 2254.

20      Petitioner filed the present petition on October 13, 2015. (ECF No. 1.) On January

21  13, 2016, the Court ordered Respondent to file a response to the petition. (ECF No. 19.)

22  On March 14, 2016, the Court granted Respondent's request for an extension of time to

23  file a response. On April 15, 2016, Petitioner filed a notice with the Court that he had not

24  received a responsive pleading from Respondent. (ECF No. 32.) Petitioner appears to

25  have dated and mailed the notice on April 12, 2016.  (Id.)

26      According to the Court's docket, Respondent filed an answer to the petition on

27  April 13, 2016. (Answer, ECF No. 31.) Attached to the answer is a proof of service

28  stating that a copy of the answer was mailed to Petitioner on the same date. (Id.) It

1

1  therefore appears that Petitioner's notice and Respondent's answer "crossed paths" in

2  the mail, and it is likely that Petitioner should receive a copy of the answer in due course

3  if it has not already been received.

4      Should, for some reason, Petitioner not receive a copy of the answer, he should

5  contact Respondent and request an additional copy be sent. Further, if Petitioner is not

6  in receipt of the answer, and requires additional time to file a traverse, he may request

7  an extension of time to file a traverse from the Court.

8

9  IT IS SO ORDERED.

10     Dated:   April 19, 2016         /s/ *Michael J. Seng*

11                                      UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28