IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES GEORGE STAMOS, JR.,**<br><br>Petitioner,<br><br>v.<br><br>**RANDY GROUNDS,**<br><br>Respondent. | 1:15-cv-01838 DAD MJS HC<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION REQUESTING DISCOVERY;**<br><br>**ORDER REGARDING STATUS OF CASE**<br><br>(Docs. 23, 46) |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 21, 2016, Petitioner moved the Court for an order authorizing discovery. (ECF No. 23.) Specifically, he requests to subpoena records relating to his appeal of the disciplinary hearing finding at issue in the case.

This Court, in reviewing Petitioner's claims and determining if the state court decision was reasonable, may only rely upon the record before the state court. See Cullen v. Pinholster, 131 S. Ct. 1388, 1398 (2011) ("We now hold that review under § 2254(d)(1) is limited to the record that was before the state court that adjudicated the claim on the merits."). As such, further discovery is not warranted at this time. Furthermore, it appears that the records in question were provided by Respondent as exhibits to the answer filed on April 13, 2016. If, upon substantive review of the petition,

1

the Court determines that discovery is necessary, it will provide Petitioner the opportunity to obtain the discovery.

Further, on August 31, 2016, Petitioner filed a motion requesting the status of the case. The case remains open and pending. The Court will address the petition in due course.

Accordingly, it is hereby ordered that Petitioner's motion requesting discovery be DENIED without prejudice.

IT IS SO ORDERED.

Dated: September 12, 2016         /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE